# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-MJ-000037 (RMM) |
| | : | |
| **JUNIOUS PLUMMER,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO VACATE PRELIMINARY HEARING

The parties in the above-captioned case, the United States of America and Defendant Junious Plummer, respectfully submit this motion to vacate the preliminary hearing scheduled for June 18, 2024. The parties have reached a plea agreement in this matter and, on June 17, 2024, the Government filed a Superseding Information. As such the parties are currently waiting for this matter to be assigned to a District judge so that the parties can submit the require paperwork to resolve this matter.

The parties also respectfully request that this Court continue to exclude time under the Speedy Trial Act from June 18, 2024 through, and including, the status hearing to be scheduled by the District Judge. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial because the additional time is necessary to facilitate a pretrial resolution of this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Cameron A. Tepfer*
Cameron A. Tepfer
D.C. Bar No. 1660476
Assistant United States Attorney

        United States Attorney's Office
        601 D. Street, NW
        Washington, DC 20579
        202-258-3515
        Cameron.Tepfer@usdoj.gov

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

By: */s/ Alexis Gardner*
    ALEXIS GARDNER
    Assistant Federal Public Defenders
    Office of the Federal Public Defender
    for the District of Columbia
    625 Indiana Ave NW, Ste 550
    Washington, D.C. 20004
    Alexis_Gardner@fd.org

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.     : | Case No. 24-MJ-000037 (RMM) |
| : | |
| JUNIOUS PLUMMER,     : | |
| : | |
| **Defendant.**     : | |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Vacate the Preliminary Hearing and to Exclude Time Under the Speedy Trial Act, and for good cause shown, it is hereby **ORDERED** this _____ day of June, 2024, that the Motion is **GRANTED**. It is further

**ORDERED** that, with the parties' consent, the time from June 18, 2024, through and including the next status hearing in this matter, shall continue to be excluded under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial, as the continuance will provide the parties additional time to facilitate a potential pretrial resolution of this case.

**SO ORDERED.**

_____
HONORABLE ROBIN M. MERIWETHER
UNITED STATES MAGISTRATE JUDGE